**Anthony Bernard LEE, Petitioner–
Appellant,**

v.

**Stephen GAL, Warden; United States Attorney, United States Attorney for the District of South Carolina, Respondents–Appellees.**

**No. 01–7930.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Anthony Bernard Lee, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Anthony Bernard Lee appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lee v. Gal,* No. CA–00–2409–2–23 (D.S.C. Sept. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*